DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARBARA J. LOVE,**
Appellant,

v.

**RICHARD LOVE,**
Appellee.

No. 4D20-1230

[August 12, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502015DR005392.

Ronald K. Lantz, North Palm Beach, for appellant.

Deanna V. Shuler, Palm Beach Gardens, and Kathryn M. Beamer, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***